R. L. Blanton, Judge. Carnal knowledge of a girl under 16..

SAMFORD, J. Appeal dismissed.

---

(110 So. 926)

Dewey VINES v. STATE. (6 Div. 941.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

SAMFORD, J. Appeal dismissed.

---

(110 So. 926)

Rolie WALDROP v. STATE. (5 Div. 638.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Chilton County; Geo. F. Smoot, Judge.

BRICKEN, P. J. The accusation against this defendant was a violation of the prohibition law. He was convicted by the jury, and was duly sentenced to perform hard labor for the county, and appealed. There was a conflict in the evidence, and the jury decided adversely to defendant. In so doing they were amply justified by the evidence. The exceptions reserved to the court's rulings upon the admission of evidence are so clearly without merit they need not be discussed. The judgment is affirmed. Affirmed.

---

(106 So. 925)

Bill WALKER v. STATE. (4 Div. 56.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Distilling.

RICE, J. Appeal dismissed.

---

(106 So. 925)

W. A. WALKER v. STATE. (6 Div. 735.) (Court of Appeals of Alabama. Dec. 15. 1925.) Appeal from Circuit Court, Blount County; W. J. Martin, Judge. J. T. Johnson, of Oneonta, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. From a judgment of conviction for unlawfully possessing a still, the defendant appealed. The plea interposed to the indictment was "not guilty." The defense in this case was conducted in a most unusual manner, in that a veritable fusillade of objections were made, and almost innumerable exceptions reserved. It appears that an objection was interposed to practically every question the solicitor propounded to witnesses, and this was followed up by motions to exclude practically every answer given by the witnesses. Between 100 and 200 exceptions were reserved to the rulings of the court upon the examination of about three witnesses. Many of the objections and motions were not in point, and appear frivolous. This practice is not approved. None of the exceptions reserved have merit. No brief has been filed in behalf of appellant. The facts adduced upon this trial presented a jury question, and the evidence was sufficient to support the verdict of the jury and sustain the judgment of conviction. The court's oral charge was able, fair, full, and complete, and covered fairly and substantially such of the charges refused to defendant that contained correct statements of the law. No error appears upon the record. The judgment of conviction, appealed from, is affirmed. Affirmed.

---

(106 So. 926)

Gus WALLACE v. STATE. (5 Div. 558.) (Court of Appeals of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Chilton County; G. F. Smoot, Judge. Violating prohibition law. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions, and, no error being apparent on the record, the judgment is affirmed.

---

(106 So. 926)

C. A. WEAVER v. V. W. WOOD & CO. (6 Div. 804.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge. W. F. Spencer, of Birmingham, for appellant. Harris Burns, of Birmingham, for appellee.

SAMFORD, J. Appeal dismissed.

---

(108 So. 927)

Charlie WELLS v. STATE. (6 Div. 883.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Lamar County; R. L. Blanton, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

---

(106 So. 926)

Martin WERNETH v. STATE. (1 Div. 619.) (Court of Appeals of Alabama. Nov. 17, 1925.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Violating prohibition laws.

SAMFORD, J. Affirmed.

---

(109 So. 927)

Lucille WHITEHURST v. CITY OF MOBILE. (1 Div. 655.) (Court of Appeals of Alabama. Aug. 31, 1925.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM. Appeal dismissed on motion of appellant.

---

(106 So. 926)

Henry WILKS v. STATE. (4 Div. 106.) (Court of Appeals of Alabama. Nov. 17, 1925. Rehearing Denied Dec. 15, 1925.) Appeal from Circuit Court, Pike County; G. F. Smoot, Judge. Henry Wilks was convicted of manslaughter in the first degree, and he appeals.